IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD L. CLARK,

         Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　Case No. 11-cv-757-slc

DUSTIN BARTON and NICOLE MILLER,

         Defendants.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dustin Barton and Nicole Miller granting their motion for summary judgment and dismissing this case.

_____　　　　　　　10/26/2012
Peter Oppeneer, Clerk of Court　　　　　　　　Date